**Robert A. CROSBY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

March 26, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2014, the Order of the Commonwealth Court is AFFIRMED.